UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 2 2 2014
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **4:14CR00011 ERW/NCC** |
| v. | ) No. | |
| CHRISTOPHER MICKLES, | ) ) ) | |
| Defendant. | ) | |

### INDICTMENT
### Counts 1-4

1. At all times relevant to this Indictment, defendant MICKLES owned and operated a tax return preparer business, entitled Discount Tax Service, located in Saint Louis, Missouri, within the Eastern District of Missouri. MICKLES did not have any employees and was the only one who prepared tax returns at Discount Tax Service.

2. At various times relevant to this Indictment, defendant MICKLES:

   a. met with clients at Discount Tax Service and obtained information and documents from clients for the preparation of their U.S. Individual Income Tax Returns, Form 1040, Form 1040A, or Form 1040EZ ("Form 1040 Returns");

   b. prepared false and fraudulent Form 1040 Returns for clients by intentionally including fraudulent items and tax credits, such as fraudulent household help income ("HSH") and fraudulent Schedules C entries which allowed him to falsely claim the earned income tax credit for his clients;

   c. charged clients a fee for his services which ranged from $39.95 to 25% of the client's refund;

   d. deposited the majority of the tax refunds into his personal account and provided clients with tax refunds in cash, by personal check, and by cashiers check;

e. filed the false and fraudulent Form 1040 Returns, electronically, with the Internal Revenue Service.

3. Defendant MICKLES prepared over seven hundred and fifty U.S. individual federal income tax returns on behalf of his clients for tax years 2008 through 2011. Many of those returns contained falsely claimed fraudulent items and credits.

4. On or about the dates listed below, in the City of Saint Louis, within the Eastern District of Missouri, defendant,

**CHRISTOPHER MICKLES,**

did knowingly and willfully aid and assist in, and procure, counsel and advise the preparation and presentation to the Internal Revenue Service of Form 1040 Returns for one and more individuals, including but not limited to those identified below, which were false and fraudulent as to material matters, as described below, knowing that the returns were false and fraudulent and that the taxpayers were not entitled to the claimed refund.

| Count | Taxpayer | Calendar Tax Year | Material False Item(s) | Tax Loss | Date Return received by IRS |
|---|---|---|---|---|---|
| 1 | A.M. | 2008 | HSH | $2,761 | February 7, 2009 |
| 2 | L.N. | 2009 | HSH | $5,571 | March 10, 2010 |
| 3 | S.M. | 2010 | HSH | $7,436 | January 19, 2011 |
| 4 | A.G. | 2011 | HSH, Schedule C income | $3,240 | February 25, 2012 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney